CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAR 26 2019

JAMES N. HATTEN, Clerk
By: DR  Deputy Clerk

William Christopher Gibbs Inmate No. 5150
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

Byung J. Pak
Officialy

2:19-CV-0061

(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**

   A. Have you filed other lawsuits in federal court while incarcerated in any institution?

   Yes (✓)   No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): William Christopher Gibbs

      Defendant(s): Fannin County Sheriffs Department

   2. Court (name the district):
      United States District Court Northern District of Georgia

   3. Docket Number: 2:19-CV-00024-RWS-JCF

Rev. 12/5/07

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

William Christopher Gibbs Inmate No. 5150
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

Ryan K. Buchanan
Officialy

(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**
   A. Have you filed other lawsuits in federal court while incarcerated in any institution?

   Yes (✓)     No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): William Christopher Gibbs

      Defendant(s): Fannin County Sheriffs Department

   2. Court (name the district):
      United States District Court Northern District of Georgia

   3. Docket Number: 2:19-CV-00024-RWS-JCF

Rev. 12/5/07

I. **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: __J. Clay Fuller__

    5. Did the previous case involve the same facts?

        Yes ( )    No (✓)

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): __still pending__

    7. Approximate date of filing lawsuit: __Dec, 2018__

    8. Approximate date of disposition: __N/A__

II. **Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A. Place of Present Confinement: __Fannin County Jail__

    B. Is there a prisoner grievance procedure in this institution?

        Yes (✓)    No ( )

    C. Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes ( )    No (✓)

    D. If your answer is YES:
        1. What steps did you take and what were the results?

        2. If your answer is NO, explain why not: __I did not because this is a diffrent case involving Federal Jurisdiction over custody of personal property.__

Rev. 12/5/07

**III. Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: William Christopher Gibbs

Address(es): 645 West First Street Blue Ridge, Georgia 30513
"and"
2350 Blackburn Rd. Apt 623 SE Cleveland TN 37311

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Byung J. Pak

Employed as United States Attorney

at U.S. Courthouse, Suite 2211 75 Ted Turner Drive SW Atlanta, GA 30303-3361

**IV. Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On February 2, 2017, I was arrested and my property was confiscated by the Cherokee County Hazmat and FBI with Criminal Action Number, Case 2:17-cr-00005-RWS-JCF, NBFAC Case Number: NBFAC.170204.0001, FBI Case Number: 369B-AT-2129677, FBI Lab Number: 2017-00345. None of this property was subjected to notice of forfeiture or returned or givin just compensation. Many items where not listed in the Lab reports, nor givin report of there were abouts.

Rev. 12/5/07

III. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: William Christopher Gibbs

Address(es): 645 West First Street Blue Ridge, Georgia 30513
"and"
2350 Blackburn Rd. Apt 623 SE Cleveland TN 37311

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Ryan K. Buchanan

Employed as Assistant United States Attorney

at U.S. Courthouse, Suite 2211 75 Ted Turner Drive SW Atlanta, GA 30303-3361

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On February 2, 2017, I was arrested and my property was confiscated by the Cherokee County Hazmat and FBI with Criminal Action Number, Case: 2:17-cr-00005-RWS-JCF, NBFAC Case Number: NBFAC.170204.0001, FBI Case Number: 369B-AT-2129677, FBI Lab Number: 2017-00345. None of this property was subjected to notice of forfeiture or returned or givin just compensation. Many items where not listed in the Lab reports, nor givin report of there were abouts.

Rev. 12/5/07

IV. **Statement of Claim (Cont'd)**

V. **Relief**
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff request an injunction compelling defendants to provide all court costs and lawyer fee's, provide for any damages to plaintiff's property, provide plaintiff with all his confiscated property, or provide plaintiff with compensatory for loss or damaged property. Plaintiff request his property be mailed to 2350 Blackburn Rd. Apt 623 S.E. Cleveland, TN 37311.

Rev. 12/5/07

V.      Relief (Cont'd)

Signed this __22__ day of __March__, 20__19__.

_____
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Fannin County City of Blue Ridge__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __3-22-2019__
                  (Date)

_____
Signature of Plaintiff

Rev. 12/5/07